PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JAN 16 AM 9:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
PDL
DEPUTY

U. S. A. vs. AMANDA MARIE SANTILLO            Docket No.: 06CR2132-BTM-002

### Petition for Action on Conditions of Pretrial Release

Comes now Jennifer Gordon Pretrial Services Officer presenting an official report upon the conduct of defendant Amanda Marie Santillo who was placed under pretrial release supervision by the Honorable Anthony J. Battaglia sitting in the court at San Diego, on the 18th day of September, 2006, under the following conditions:

Restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not commit a federal, state, or local crime; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; and not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or a combination of both; clear all warrants/FTA's within 30 days of release; honor the Temporary Restraining Order as to Eliseo Garcia; and do not drive a vehicle without a valid driver's license. On October 31, 2006, submit to treatment and/or testing for drugs and/or alcohol abuse.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

1. **Condition Violated**: Not possess or use any narcotic drug or other controlled substance.
   1. On December 20, 2006, the defendant submitted a urine sample which confirmed positive for amphetamine/ methamphetamine.

   **Grounds for Violation**: I have received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms the sample submitted by the defendant on December 20, 2006, tested positive for amphetamine/ methamphetamine. On January 10, 2007, the defendant admitted to the undersigned she used methamphetamine prior to her drug test.

2. **Condition Violated:** Submit to testing and/or treatment for drugs and/or alcohol abuse.
   1. On December 28, 2006, and January 6, 2007, the defendant failed to report to Mental Health Systems for drug testing.

   **Grounds for Violation:** I have received and reviewed written notification from Mental Health Systems which indicates the defendant failed to report for drug testing on December 28, 2006, and January 6, 2007. The undersigned questioned Ms. Santillo regarding her failure to report for drug testing and the defendant indicated she did not know she had to report.


PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. AMANDA MARIE SANTILLO                                    Docket No. 06CR2132-BTM-002

**3. Condition Violated**: Not possess or use any narcotic drug or other controlled substance.
　　1. On January 10, 2007, the defendant submitted a urine sample which screened positive for amphetamine/ methamphetamine.

**Grounds for Violation**: I have received and reviewed written notification from the U.S. Pretrial Services laboratory which reveals the defendant submitted a urine sample on January 10, 2007, which screened positive for amphetamine/methamphetamine. Further, on January 11, 2007, the defendant admitted to the undersigned she used methamphetamine on January 5, 2007.

PRAYING THAT THE COURT WILL CITE THE DEFENDANT TO APPEAR BEFORE YOUR HONOR ON JANUARY 19, 2007, AT 8:30 A.M. TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this _12th_ day of January, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Barry Ted Moskowitz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _1/11/07_

Respectfully,

_____
Jennifer Gordon, U.S. Pretrial Services Officer

Place   _San Diego, California_

Date    _January 11, 2007_